UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| CHRISTOPHER D'ERRICO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26-cv-00221-SDN |
| | ) | |
| CITY OF BANGOR ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER AFFIRMING RECOMMENDED DECISION**

On May 1, 2026, the Magistrate Judge recommended dismissing Plaintiff Christopher D'Errico's complaint on numerous grounds. ECF No. 6. The Magistrate Judge notified the parties that failure to object to the Recommended Decision would waive their right to de novo review and appeal. Mr. D'Errico has since filed multiple requests for either an extension or clarification of the deadline in which he was required to file an objection, ECF Nos. 7, 10 & 12, which were each granted by the Magistrate Judge, ECF Nos. 8, 11 & 13—extending the deadline period for Mr. D'Errico to file an objection three times. The time within which to file objections expired on June 5, 2026, and no objections have been filed, either before or after the deadline.

Notwithstanding the parties' waiver, I have reviewed and considered the Magistrate Judge's Recommended Decision in light of the record. I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision and determine that no further proceeding is necessary.

The Court therefore **AFFIRMS** and **ADOPTS** the Recommended Decision. ECF No. 6. Mr. D'Errico's complaint, ECF No. 1, is **DISMISSED**.

1

**SO ORDERED.**

Dated this 30th day of June, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**